**CORRIGAN & MORRIS, LLP**
Brian T. Corrigan (Cal Bar No. 143188)
bcorrigan@cormorllp.com
Stanley C. Morris (Cal Bar No. 183620)
scm@cormorllp.com
12300 Wilshire Boulevard, Suite 210
Los Angeles, CA 90025
Telephone: (310) 394-2800
Facsimile: (310) 394-2825

*Attorneys for Defendants*
BLOCKVEST, LLC and REGINALD
BUDDY RINGGOLD, III aka RASOOL
ABDUL RAHIM EL

CORRIGAN & MORRIS LLP
12300 Wilshire Boulevard, Suite 210
Los Angeles, CA 90025

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 18-CV-2287-GPC (BLM) |
| Plaintiff, | |
| vs. | **DECLARATION OF <u>EVERY</u> ROSEGOLD INVESTMENT LLP'S INVESTOR IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER:** |
| BLOCKVEST, LLC and REGINALD BUDDY RINGGOLD, III aka RASOOL ABDUL RAHIM EL, | |
| Defendants. | |

**(1) SETTING AN EVIDENTIARY HEARING ON THE SEC'S REQUEST FOR PRELIMINARY INJUNCTION AND OTHER RELIEF;**

**(2) GRANTING PERMISSION TO FILE DECLARATIONS OF INVESTORS IN ROSEGOLD INVESTMENTS LLP AND SECOND SUPPLEMENTAL DECLARATION OF REGINALD RINGGOLD, III**

## DECLARATION OF GEORGE TIRONE

I, George Tirone, declare as follows:

1.     I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify competently thereto.

2.     I have invested $ 25,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3.     At the time of my investment, my net worth, excluding my home, was in excess of $1,000,000. My income was more than $200,000 with my spouse, for the last two years with the expectation of earning the same or higher income.

4.     I consider myself a sophisticated investor.

5.     I learned of this investment through my personal relationship with Joe Yniguez, who has a long relationship with Michael Sheppard.

6.     My conversations with Michael Sheppard and my friend's recommendation are the primary reasons I invested.

7.     My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8.     At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the crypto currency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

9.     In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested  in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to

me whether my funds were invested entirely in Blockvest LLC or any other investment.

10.   I authorized Michael Sheppard to use his unfettered discretion to use my money in any manner, provided that he exercised reasonable business judgment in good faith.

11.   At the time, I invested in the Rosegold, I understood that I was making a long-term crypto related investment and that returns in this fast-evolving area are highly speculative. What was important was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

12.   I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations in that complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the crypto currency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

13.   I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: George Tirone

09 Nov 18

---

-2-


**Bank of America**

<span style="float:right">Online Banking</span>

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 03/13/2018 |
| **Amount:** | 10,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |





**Online Banking**

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Post date:** | 06/04/2018 |
| **Amount:** | 10,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |





**Bank of America** | **Online Banking**

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

|  |  |
|---|---|
| **Post date:** | 06/08/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 06/08 #000001374 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |



## **DECLARATION OF JOSE S YNIGUEZ Sr.**

I, Jose S Yniguez Sr., declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested on various dates $15,300 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $750,000. I consider myself a sophisticated investor.

4. I learned of this investment through my personal relationship with Michael Sheppard, who has a long relationship with Reginald Ringgold.

5. My conversations with Michael Sheppard, and his recommendation, are the primary reasons I invested.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

8. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website, Whitepaper Facebook page, and/or LinkedIn page referencing Blockvest. I never listened to any webinar or video or attended any seminar on Blockvest or anything else on the internet about Blockvest.

9. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

10. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

11. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

13. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Jose S. Yniguez Sr.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM



**Bank of America**           Online Banking

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 01/29/2018 |
| **Amount:** | 12,500.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



**Bank of America**

**Online Banking**

## Business Fundamentals Chk - 0880: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 01/29/2018 |
| **Amount:** | 12,500.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



**Bank of America**

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 03/05/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

JOSE S YNIGUEZ
IVONNE YNIGUEZ
3104 NAPLES DR.
OXNARD, CA 93035-1273

3754
16-24/1220 4408

3 - 1 - 2018

Pay to the Order of ___ROSE GOLD INVESTMENTS___ | $ 2000, ⁰⁰

Two Thousand dollars  ⁰⁰/₁₀₀  Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For NEW COIN INVESTMENT

⑈122000247⑈ 4512934827⑈ 03754



**Bank of America**

**Online Banking**

## Business Fundamentals Chk - 0880: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 04/04/2018 |
| **Amount:** | 3,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |





**Bank of America**

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 05/31/2018 |
| **Amount:** | 10,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



**Bank of America** 🇺🇸                              Online Banking

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

$2,300

| | |
|---|---|
| **Post date:** | 06/29/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

**Bank of America** 🇺🇸           Cash In - Debit

OXNARD MAIN
COST CENTER 0000912
TELLER NO. 017

Tran 00122   06/29/2018   15:38
Entity MCA  CC 0000912 Tlr 00017
Account        3050P5910880
R/TN S4-0930135
Cash In                   $5,000.00

⑆949555⑆ ⑆5459301140 0000912 017⑈

## DECLARATION OF JOE YNIGUEZ

I, Joe Yniguez, declare as follows:

1. I am over eighteen years old.  I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I invested $ 4,300 into Rosegold Investments LLP, on behalf of Yniguez and Associates, which I understood was managed by Reginald Ringgold. I deposited $23,900 cash into the Rosegold Investments LLP Bank of America Bank Account on behalf of Reginald Ringgold.

3. I consider myself a sophisticated investor.

4. I learned of this investment through my personal long standing relationship with Reginald Ringgold. I have been working under an apprenticeship under Reginald Ringgold for one year now and I have enjoyed every minute of it, as I have gained an invaluable amount of knowledge and experience.

5. My longstanding relationship with Mr. Ringgold is the primary reason I invested.

6. My understanding was Rosegold would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. Before I invested Rosegold, I never listened to any webinar or video or attended any seminar on Blockvest LLC because it did not exist at the time of my investment.

8. Before I invested in Rosegold, I never reviewed or saw the Blockvest website, Facebook page, and/or LinkedIn page referencing Blockvest because it did not exist at the time of my investment.

9. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Mr. Ringgold, who I believed an expert

**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM

in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

10. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the Internet about Rosegold Investments LLP.

11. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website, Whitepaper. Before investing I did not listen to any webinar or video or attended any seminar on Blockvest LLC, or anything else on the Internet about Blockvest.

12. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the Internet having to do with Mr. Ringgold.

13. In connection with my Rosegold investment, I expressly authorized Mr. Ringgold of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

14. I authorized Mr. Ringgold to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

15. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Mr. Ringgold and that he was pursuing a business plan, in good faith.

16. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Mr. Ringgold and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Mr. Ringgold made at various times.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

17. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____

Printed Name: Joe Yniguez

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

# DECLARATION OF JONATHAN ROBINSON

I, Jonathan Robinson, declare as follows:

1. I am over eighteen years old.  I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. On May 11th, 2018 I invested $5,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $150,000.  I consider myself a knowledgeable investor.

4. I learned of this investment through a close, personal friend who has a long relationship with Michael Sheppard.

5. My conversations with Michael Sheppard, and my friend's recommendation, are the primary reasons I invested.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field.  I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

8. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

9. Before sending any money to Rosegold Investments LLP, I never listened to any webinar or video or attended any seminar on the Blockvest LLC.  I did not review or rely on the Blockvest Website,  Whitepaper, Facebook page, and or Linkedin page referencing Blockvest or anything else on the internet about Blockvest.

**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM

10. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

11. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

13. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Printed Name: Jonathan Robinson


**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

**Bank of America**

**Online Banking**

Business Fundamentals Chk – 0880: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 05/15/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

JONATHAN M ROBINSON
RANEE C HAYES
376 MELROSE DR
OXNARD CA 93030-4633

859

5/10/18

PAY TO THE ORDER OF   Rose Gold Investments   $ 5,000.00

~ Five Thousand Dollars ~   DOLLARS

Bank of America

FOR   NEW COIN Purchase

Seq: 8
Batch: 964417
Post: 05/15/18

# **DECLARATION OF Gilbert Yniguez**

I, Gilbert Yniguez, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested a total $17,400 on various dates into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $150,000. I consider myself a sophisticated investor.

4. I learned of this investment through a close, personal, friend who has a long relationship with Michael Sheppard, who has a long relationship with Reginald Ringgold.

5. I invested my money with Rosegold based on my relationship with Michael Sheppard or my initial contact was with Michael Sheppard, and my conversations with Michael Sheppard, recommendation, are the primary reasons I invested and not based on any specific representation about anything specific on the Internet or otherwise.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. Before I invested in Rosegold, I never listened to any webinar or video or attended any seminar on Blockvest LLC.

8. Before I invested in Rosegold, I never reviewed or saw the Blockvest website, Facebook page, and/or Linkedin page referencing Blockvest.

9. Before investing in Rosegold, I never read any white paper or any other materials on Blockvest or anything else on the Internet about Rosegold Investments LLP. I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the Internet having to do with Mr. Ringgold.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

10. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

11. In connection with my Rosegold Investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interest of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12. I authorize Michael Sheppard to use his unfettered discretion to use my money in any manner, provided that he exercised reasonable business judgment on good faith.

13. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Gilbert Yniguez

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM


**Bank of America**

**Online Banking**

**Business Fundamentals Chk – 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 02/09/2018 |
| **Amount:** | 1,600.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

GILBERT S YNIGUEZ
3104 NAPLES DR.
OXNARD, CA 93035-1273

1026

DATE 1-31-18

PAY TO THE
ORDER OF  Rose Gold Investments  | $1,600.00

Sixteen Hundred dols No/100 DOLLARS

**US bank.**  All of us serving you®

MEMO  Coins

⑆122235821⑆  157508867757⑈1026

**Bank of America**

**Online Banking**

## Business Fundamentals Chk – 0880: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 03/05/2018 |
| **Amount:** | 3,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

**Bank of America** ⬧⬧⬧

*Online Banking*

**Business Fundamentals Chk – 0880: Account Activity Transaction Details**

| | |
|---|---|
| Post date: | 03/30/2018 |
| Amount: | 2,500.00 |
| Type: | Deposit |
| Purchaser: | E MICHAEL SHEPPARD |
| Description: | BKOFAMERICA ATM 03/30 #000005217 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| Merchant name: | BKOFAMERICA ATM 03/30 #000005217 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| Transaction category: | Income: Deposits |

**Bank of America**

**Online Banking**

## Business Fundamentals Chk - 0880: Account Activity Transaction Details

|  |  |
|---|---|
| **Post date:** | 05/02/2018 |
| **Amount:** | 11,900.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

 **Bank of America**

**Online Banking**

**Business Fundamentals Chk – 0880: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 05/31/2018 |
| **Amount:** | 10,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

GILBERT S YNIGUEZ
3104 NAPLES DR.
OXNARD, CA 93035-1273

1031

DATE MAY 31, 2018

PAY TO THE ORDER OF ROSE GOLD INVESTMENTS | $ 5,000.00

FIVE THOUSAND dols 40/00 ──── DOLLARS

**usbank.** All of US serving you

MEMO BLACKVEST

⑆122255821⑆ 157508857767⑈ 1031

## **DECLARATION OF GEORGE CARRIZALES**

I, George Carrizales, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. March of 2018 I invested $4,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth was in excess of $250,000. I consider myself an educated investor.

4. I learned of this investment through a close, personal friend who has a long relationship with Michael Sheppard.

5. My conversations with Michael Sheppard, and my friend's recommendation, are the primary reasons I invested.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

8. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

9. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper, Facebook page, and/or Linkedin page or anything else on the Internet about Blockvest.

10. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

11. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

13. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: George Carrizales

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM



**Bank of America** Online Banking

---

**Business Fundamentals Chk – 0880: Account Activity Transaction Details**

---

|  |  |
|---:|:---|
| **Post date:** | 03/23/2018 |
| **Amount:** | 4,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |





## DECLARATION OF Alana J. Meiners

I, Alana J. Meiners, declare as follows:

1.    I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify competently thereto.

2.    On August 24rd 2018 I invested $20,000 into Rosegold LLC, which I understood was managed by Michael Sheppard.

3.    At the time of my investment [Investment], my net worth, excluding my home, was in excess of $900,000. I consider myself a sophisticated investor.

4.    I learned of this investment through my personal relationship with Michael Sheppard, who has a long relationship with Reginald Ringgold].

5.    My relationship with Michael Sheppard [or my initial contact was with Michael Sheppard, and my conversations with Michael Sheppard recommendation are the primary reasons I invested.

6.    My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7.    Before I invested Rosegold, I never listened to any webinar or video or attended any seminar on Blockvest LLC.

8.    Before I invested in Rosegold, I never reviewed or saw the Blockvest website, Facebook page, and/or LinkedIn page referencing Blockvest.

9.    Before investing in Rosegold, I never read any white paper or any other materials on Blockvest.

10.    At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the crypto currency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

11.  In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested [Investment ] in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12.  I authorized Michael Sheppard to use his unfettered discretion to use my money in any manner, provided that he exercised reasonable business judgment in good faith.

13.  At the time, I invested in the Rosegold, I understood that I was making a long-term crypto related investment and that returns in this fast-evolving area are highly speculative. What was important was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14.  I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations in that complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the crypto currency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15.  I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Alana J. Meiners

Printed Name:

Investor Declaration
Case No.: LA 18-cv-02287 GP-BLM

– 2 –



**Bank of America**                                                          **Online Banking**

## Business Fundamentals Chk - 0880: Account Activity Transaction Details

|  |  |
|---|---|
| **Post date:** | 08/24/2018 |
| **Amount:** | 20,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



# Bank of America 

*Alana Meiners* **Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 08/24/2018 |
| **Amount:** | 20,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |

ALANA J MEINERS
6451 BELLAIRE AVE
N HOLLYWOOD, CA 91606-1238

1124

18-66/1220
264

Aug 24, 2018

Pay to the order of   Rose Gold Investments   $ 20,000

Twenty thousand + no/cents   DOLLARS

Bank of America
Valley Plaza
6400 Laurel Canyon Blvd
N. Hollywood CA
818.994.8100

Customer Since
2010

For  Investment   Alana J. Meiners

1:122000661:1124=03841=3304 2=

## <u>DECLARATION OF MONICA MOC, CHARLES MANGA</u>

I, Monica Moc and Charles Manga, declare as follows:

1. I am over eighteen years old.  I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. On 07/04/2018, I invested $8,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $1,000,000.   My income was more than $200,000, with my spouse, for the last two years with the expectation of earning the same or higher income.

4. I consider myself a sophisticated investor.

5. I learned of this investment through my personal relationship with Leo Bandoy, who has a long relationship with Michael Sheppard.

6. My relationship with Leo Bandoy, and my conversations with Michael Sheppard, and my friend's recommendation are the primary reasons I invested.

7. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8. Before I invested in Rosegold, I never listened to any webinar or video or attended any seminar on Blockvest LLC.

9. Before I invested in Rosegold, I never reviewed or saw the Blockvest website, Facebook page, and/or LinkedIn page referencing Blockvest.

10. Before investing in Rosegold, I never read any whitepaper or any other materials on Blockvest.

**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM

11. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field.  I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

12. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

13. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest.

14. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

15. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold.  It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

16. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

17. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative.  What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

18. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space.  I did not rely on any of the

**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM

representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

19. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.


_Monica Moc_   _Charles Manga_
Printed Name: Monica Moc
                        Charles Manga


**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM


**Bank of America**

**Online Banking**

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

| | |
|---|---|
| **Post date:** | 07/02/2018 |
| **Amount:** | 8,000.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 07/02 #000006865 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |

## DECLARATION OF NICHOLAS SUGINO

I, Nicholas Sugino, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested $1,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $250,000. My income was more than $75,000 for the last two years with the expectation of earning the same or higher income.

4. I consider myself a sophisticated investor.

5. I learned of this investment through a close, personal, friend who has a long relationship with Michael Sheppard.

6. My conversations with Michael Sheppard, and my friend's recommendation, are the primary reasons I invested.

7. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

9. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

   Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

I sent my money to Rosegold based solely on my personal relationship with my friend and Michael Sheppard, and not based on any specific representation about anything specific on the internet or otherwise.

10. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

11. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

12. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

13. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

14. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Nicholas Sugino

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

**Bank of America**                       Online Banking

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

|                          |                    |
|-------------------------:|:-------------------|
| **Post date:**           | 03/19/2018         |
| **Amount:**              | 1,000.00           |
| **Type:**                | Deposit            |
| **Description:**         | Counter Credit     |
| **Merchant name:**       | Counter Credit     |
|                          | ?                  |
| **Transaction category:** | Income: Deposits  |

# **DECLARATION OF VICTOR BERBER**

I, Victor Berber, declare as follows:

1. I am over eighteen years old.  I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. April of 2018, I invested $2,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $50,000.  I consider myself a Knowledgeable investor.

4. I learned of this investment through my personal relationship with Michael Sheppard, who has a long relationship with Reginald Ringgold.

5. My relationship with Michael Sheppard, and his recommendation, are the primary reasons I invested.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field.  I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

8. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the Internet about Rosegold Investments LLP.

9. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website, Whitepaper.  Before investing I did not listen to any webinar or video or attended any seminar on Blockvest LLC, or anything else on the Internet about Blockvest.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

10. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the Internet having to do with Mr. Ringgold.

11. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold.  It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

13. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative.  What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space.  I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Victor Berber

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM



**Bank of America**

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 04/04/2018 |
| **Amount:** | 3,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



**Bank of America**

**Online Banking**

### Business Fundamentals Chk - 0880: Account Activity Transaction Details

|  |  |
|--|--|
| **Post date:** | 04/04/2018 |
| **Amount:** | 3,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



## **DECLARATION OF YVETTE OSSINALDE**

I, Yvette Ossinalde, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. On June 1st, 2018, I invested $3,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $750,000. I consider myself a sophisticated investor.

4. I learned of this investment through my personal relationship with Michael Sheppard, who has a long relationship with Reginald Ringgold.

5. My relationship with Michael Sheppard, and his recommendation, are the primary reasons I invested.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

8. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

9. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

10. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the Internet having to do with Mr. Ringgold.

11. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

12. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

13. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

14. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

15. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Yvette Ossinalde

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM


**Bank of America**

Online Banking

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

|  |  |
|---|---|
| **Post date:** | 06/04/2018 |
| **Amount:** | 3,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



## DECLARATION OF FRANCISCA CARDENAS

I, Francisca Cardenas, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested $5,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth was in excess of $1,000,000. My income was more than $100,000 with my spouse, for the last two years with the expectation of earning the same or higher income.

4. I consider myself a sophisticated investor.

5. I learned of this investment through a close, personal friend who has a long relationship with Michael Sheppard.

6. My conversations with Michael Sheppard, and my friend's recommendation, are the primary reasons I invested.

7. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

9. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

10. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

11. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

12. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

13. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

14. At the time I invested in Rosegold, it was not important to me to know anything aabout the exact use of my funds, other that they would be deployed I n a cryptocurrency related enterprise by Michael Sheppard, who I believed to be an expert in the field. I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

15. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

16. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Francisca Cardenas

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM



Online Banking

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 01/29/2018 |
| **Amount:** | 12,500.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



# DECLARATION OF CHASE PFOHL

I, Chase Pfohl, declare as follows:

1. I am over eighteen years old.  I have knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested $3,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. My income was more than $100,000 with my spouse, for the last two years with the expectation of earning the same or higher income.

4. I consider myself a sophisticated investor.

5. I learned of this investment through a personal friend who has a relationship with Michael Sheppard.

6. My conversations with Michael Sheppard, and my friend's recommendation, are the primary reasons I invested.

7. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field.  I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

9. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold.  It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.



Scanned with CamScanner

10. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

11. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

12. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that are in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

13. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____

Printed Name: Chase Pfohl

Scanned with CamScanner

# DECLARATION OF Carlos Cardenas

I, Carlos Cardenas, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested $2,500 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $500,000. My income was more than $100,000 with my spouse, for the last two years with the expectation of earning the same or higher income.

4. I consider myself a sophisticated investor.

5. I learned of this investment through a personal, friend who has a long relationship with Michael Sheppard.

6. My conversations with Michael Sheppard recommendation are the primary reasons I invested.

7. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

9. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

   Before sending any money to Rosegold Investments LLP, I did not review or

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.
I sent my money to Rosegold based solely on my personal relationship with my friend and Michael Sheppard, and not based on any specific representation about anything specific on the internet or otherwise.

10. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

11. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

12. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

13. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

14. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Carlos Cardenas

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM



**Bank of America** | Online Banking

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Post date:** | 01/29/2018 |
| **Amount:** | 12,500.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



## DECLARATION OF LEON AND BENJY COMLEY

I, Leon and Benjy Comley, declare as follows:

1. I am over eighteen years old.  I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I invested a total of $31,250 into Rosegold LLP on various dates between June 2018 and August 2018, which included $5,000 investment for Eric and $2,000 for Cornelius Chapman, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $1,000,000.   My income was more than $200,000, or 300,000 with my spouse, for the last two years with the expectation of earning the same or higher income.

4. I consider myself a sophisticated investor.

5. I learned of this investment through my personal relationship with Leo Bandoy, who has a long relationship with Reginald Ringgold.

6. My relationship with Mr. Bandoy is the primary reason I invested.

7. My understanding was Rosegold would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

8. Before I invested in Rosegold, I never listened to any webinar or video or attended any seminar on Blockvest LLC.

9. Before I invested in Rosegold, I never reviewed or saw the Blockvest website, Facebook page, and/or LinkedIn page referencing Blockvest.

10. Before investing in Rosegold, I never read any whitepaper or any other materials on Blockvest.

**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM

11. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Mr. Ringgold who I believed an expert in the field.  I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

12. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the Internet about Rosegold Investments LLP.

13. Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest.

14. Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the Internet having to do with Mr. Ringgold.

15. In connection with my Rosegold investment, I expressly authorized Mr. Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold.  It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

16. I authorized Mr. Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

17. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative.  What was important to me was that I trusted Reginald Ringgold, and Michael Sheppard and that they were pursuing a business plan, in good faith.

18. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Mr. Ringgold and Rosegold use my funds

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

in the cryptocurrency space.  I did not rely on any of the  representations that the SEC alleges Blockvest and/or Mr. Ringgold made at various times.

19.I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Leon Comley /

Benjy Comley

**Investor Declaration**
Case No.:  LA18-cv-02287 GP-BLM



**Bank of America** ⬥⬥⬥

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 07/25/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 07/25 #000003515 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |



 **Bank of America**

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 06/13/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 06/13 #000002432 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |



**Bank of America**

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 07/16/2018 |
| **Amount:** | 10,000.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 07/14 #000009900 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |



**Online Banking**

---

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

---

|  |  |
|---|---|
| **Post date:** | 08/02/2018 |
| **Amount:** | 4,250.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 08/02 #000006830 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |

**Bank of America**

**Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 07/02/2018 |
| **Amount:** | 2,000.00 |
| **Type:** | Deposit |
| **Purchaser:** | E MICHAEL SHEPPARD |
| **Description:** | BKOFAMERICA ATM 07/02 #000006865 DEPOSIT MISSION VALLEY SAN DIEGO CA CKCD 4815880019101429 |
| **Merchant name:** | BKOFAMERICA ATM DEPOSIT MISSION VALLE CA |
| **Transaction category:** | Income: Deposits |

**Bank of America**

*Beniy Comley* **Online Banking**

**Business Fundamentals Chk - 0880: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 07/09/2018 |
| **Amount:** | 5,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Transaction category:** | Income: Deposits |



## DECLARATION OF CHRIS RUSSELL

I, Chris Russell, declare as follows:

1. I am over eighteen years old. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, would and could testify completely thereto.

2. I have invested $3,000 into Rosegold LLP, which I understood was managed by Michael Sheppard.

3. At the time of my investment, my net worth, excluding my home, was in excess of $250,000. My income was more than $100,000 for the last two years with the expectation of earning the same or higher income. I consider myself a sophisticated investor.

4. I learned of this investment through a close, personal, friend who has a long relationship with Michael Sheppard.

5. My conversations with Michael Sheppard, and my friend's recommendation, are the primary reasons I invested.

6. My understanding was Michael Sheppard would use my money to invest in the cryptocurrency marketplace in the way that Rosegold deemed best.

7. At the time I invested, it was not important for me to know anything about the exact use of my funds, other that they would be deployed in the cryptocurrency related enterprise by Michael Sheppard, who I believed an expert in the field. I understood that Rosegold was a very risky and speculative investment and that I could lose all my money.

8. Before I sent any money to Rosegold Investments LLP, I did not review or rely on Rosegold Investments LLP's website or any offering documents or anything on the internet about Rosegold Investments LLP.

   Before sending any money to Rosegold Investments LLP, I did not review or rely on the Blockvest Website or Whitepaper or anything else on the internet about Blockvest.

**Investor Declaration**
Case No.: LA18-cv-02287 GP-BLM

Before sending my money to Rosegold Investments, I did not review or rely on Reginald Ringgold's web page, LinkedIn page, or anything else on the internet having to do with Mr. Ringgold.

I sent my money to Rosegold based solely on my personal relationship with my friend and Michael Sheppard, and not based on any specific representation about anything specific on the internet or otherwise.

9. In connection with my Rosegold investment, I expressly authorized Michael Sheppard of Rosegold to use his unfettered discretion to allocate the funds that I invested in any manner that he, in good faith, decided was in the best interests of Rosegold. It was at that time and remains today, entirely unimportant to me whether my funds were invested entirely in Blockvest LLC or any other investment.

10. I authorized Michael Sheppard to use his unfettered discretion to use the money in any good manner, provided that he exercised reasonable business judgement in good faith.

11. At the time I invested in Rosegold, I understood that I was making a long-term crypto related investment and that the returns in this fast-evolving area are highly speculative. What was important to me was that I trusted Michael Sheppard and that he was pursuing a business plan, in good faith.

12. I have read the SEC's complaint filed in the United States District Court in the Southern District of California and the allegations that in the complaint do not change my desire to have Michael Sheppard and Rosegold use my funds in the cryptocurrency space. I did not rely on any of the representations that the SEC alleges Blockvest and/or Michael Sheppard made at various times.

13. I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Printed Name: Chris Russell

| Rosegold Investor Name | Amount | Declaration | Date |
|---|---|---|---|
| **1.** **Jose Yniguez** (Jose Yniguez is the father of Joe Yniguez, who works at Blockvest with Reginald Ringgold as Mr. Ringgold's assistant). | $15,300 | Yes | |
| **2.** **Joe Yniguez** (made deposits on behalf of Yniguez and Associates in the amount of $4,300 and on behalf of Reginald Ringgold in the amount of $23,900. Joe Yniguez works for Blockvest as assistant to Ringgold. | $4,300 | Yes | |
| **3.** **Carlos Cardenas** (friend of Joe Yniguez) | $2,500 | Yes | 1/29/18 |
| **4.** **Francisca Cardenas** (Mother of Carlos, Cardenas, who is friend with the assistant to Blockvest founder). | $5,000 | Yes | 1/29/2018 |
| **5.** **Gilbert Yniguez** (Brother of Joes Yniguez, and Uncle Blockvest employee, Joe Yniguez) | $17,400 | Yes | 1/31/2018 3/1/2018 |
| **6.** **George Tirone** (Uncle of Blockvest employee Joe Yniguez) | $25,000 | Yes | |
| **7.** **George Carrizales** (Friend of Blockvest CFO Michael Sheppard and Joe Yniguez). | $4,000 | Yes | 3/23/2018 |
| | | | |

1

| | | | | |
|---|---|---|---|---|
| 8. | **Chase Pfohl** Block vest contractor-product marketing) | $3,000 | Yes | 5/1/2018 |
| 9. | **Jonathan Robinson** (Friend of Blockvest worker, Joe Yniguez) | $5,000 | Yes | 5/11/2018 |
| 10. | **Leon and Benjy Comley** (Friends of Leo Bandoy CEO of Blockvest) (Invested on behalf of two minor children: Eric and Cornelius Chapman). | $5,000 $5,000 $10,000 $4,250 ($24,250) | Yes | 7/25/2018 7/9/2018 7/14/2018 8/2/2018 |
| | **Minor Children of Leon and Benjy Comley** (Cornelius Chapman and Eric Chapman (as stated above the Comley's are friends of Blockvest CEO. | $ 2,000 $ 5,000 ($7,000) | N/A | 3/23/2018 7/25/2018 |
| 11. | **Monica Moc** Relative of CEO Leo Bandoy believed to be a cousin or aunt) | $8,000 | Yes | 7/2/2018 |
| 12. | **Chris Russell** (friend of Chase of Pfohl who is a Blockvest worker). | $3,000 | Yes | 7/30/2018 |
| 13. | **Alana Meiners** (Personal Friends with Michael Sheppard-Blockvest CFO, and Joe Yniguez) | $20,000 | Yes | 8/24/2018 |
| 14. | **Nicholas Sugino** (Personal friend of Joe and M. Sheppard) | $1,000 | Yes | 3/13/2018 |
| 15. | **Yvette Ossinalde** (Gilbert Yniguez's girlfriend (Gilbert is Uncle of Blockvest employee) | $3,000 | Yes | 6/1/2018 |
| 16. | **Victor Berber** (Joe Yinguez's friend) | $2,000 | Yes | 4/17/2018 |
| **TOTAL OF INVESTORS** | | $149,700 | | |

2

| | | | |
|---|---|---|---|
| **Reginald Ringgold** | **$356,900**<br>$23,900<br>(Deposited by Joe Yniguez)<br>$149,000 (wire to developer)<br>$180,000 borrowed from Mr. Lemay) | | |
| **Michael Sheppard**<br>CFO of Blockvest | **$8000** | | 9/14/18 |
| | | | |

3

**PERSONAL LOAN TO REGINALD RINGGOLD, III**

| | | |
|---|---|---|
| 1.  Norm Lemay (Mr. Lemay has a twenty-year relationship with Mr. Ringgold's family). | $185,000 | |
| | 1 | |

4