UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BARBARA L. MAJOR TO MAGISTRATE JUDGE MICHAEL S. BERG | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Barbara L. Major to the calendar of the Honorable Michael S. Berg for all further proceedings. All conferences or hearing dates previously set before Judge Major will remain as scheduled and will be before Judge Berg. All dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 18cv2102-WQH | Keith v. Biomet Inc. et al. |
| 18cv2427-LAB | HTC Corporation et al v. Telefonaktiebolaget LM Ericsson et al. |
| 18cv2339-AJB | Shelton v. Medimpact Healthcare Systems, Inc. et al. |
| 18cv1208-AJB | Camp v. Qualcomm Incorporated et al. |
| 18cv1457-AJB | Jadhav v. Qualcomm Incorporated et al. |
| 17cv1543-AJB | Bomatic, Incorporated v. Milacron, LLC et al. |

1

| | | |
|---|---|---|
| 1 | 18cv1689-W | Sturm et al v. Rasmussen et al. |
| 2 | 18cv2439-W | Martin v. QBE Insurance Corporation et al. |
| 3 | 18cv781-JLS | Doshi v. EcommissionSolutions, LLC et al. |
| 4 | 18cv1848-GPC | Kovach v. Berryhill |
| 5 | 18cv2287-GPC | Securities and Exchange Commission v. Blockvest, LLC et al. |
| 6 | 18cv2313-JLS | Garcia v. Kernan et al. |
| 7 | 16cv2793-BTM | Bogarin v. Hatton |
| 8 | 17cv1354-AJB | Allred et al. v. Kellogg Company et al. |
| 9 | 18cv1648-CAB | French v. First Transit, Inc. et al. |
| 10 | 18cv410-H | T.B Penick & Sons, Inc. v. State National Insurance Co., Inc. et al. |
| 11 | 18cv140-W | WTW Enterprises, LLC et al v. Marine Group Boat Works, LLC |
| 12 | 18cv1634-DMS | Abdullah v. City of San Diego et al. |
| 13 | 18cv1054-JM | McKercher v. Morrison et al. |

**IT IS SO ORDERED.**

Dated: 11/15/2018

Hon. Barbara L. Major
United States Magistrate Judge

2