UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>BLOCKVEST, LLC and REGINALD BUDDY RINGGOLD, III a/k/a RASOOL ABDUL RAHIM EL,<br><br>                              Defendants. | Case No.:  18CV2287-GPB(BLM)<br><br>**ORDER FOLLOWING HEARING ON PRELIMINARY INJUNCTION** |

On November 16, 2018, the court held a hearing on Plaintiff's motion for preliminary injunction. (Dkt. No. 37.) After hearing from the parties, the Court submitted the motion on the papers in order to conduct further analysis and review. Accordingly, the TRO and Order To Show Cause Re Preliminary Injunction and Orders: (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Granting Expedited Discovery; and (4) Requiring Accountings shall be extended, and shall remain

/ / /

/ / / /

/ / / /

/ / / /

1  in full force and effect until the Court's ruling on the preliminary injunction.
2      IT IS SO ORDERED.
3  Dated: November 16, 2018

                                            Hon. Gonzalo P. Curiel
                                            United States District Judge