AMY J. LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email: browndav@sec.gov
BRENT W. WILNER (Cal. Bar No. 230093)
Email: wilnerb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Robert A. Cohen, Unit Chief (Cyber Unit)
Headquarters
100 "F" Street, N.E.
Washington, District of Columbia 20549

Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKVEST, LLC and REGINALD BUDDY RINGGOLD, III a/k/a RASOOL ABDUL RAHIM EL,<br><br>Defendants. | Case No. 3:18-cv-02287-GPC-MSB<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S NOVEMBER 27, 2018 ORDER DENYING PRELIMINARY INJUNCTION (Dkt. No. 41)**<br><br>Date: February 8, 2019<br>Time: 1:30 p.m.<br>Place: United States Courthouse<br>221 West Broadway<br>Courtroom 2D (Schwartz)<br>San Diego, CA 92101<br><br>Judge: Hon. Gonzalo P. Curiel |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.i.1 and Rule 59(e) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("SEC") will and hereby does move this Court to reconsider that part of its November 27, 2018 order (the "Opinion") (Dkt. No. 41) denying a preliminary injunction against violations of Section 17(a) of the Securities Act of 1933 ("Securities Act"). This motion is made on the grounds that under Rule 59(e), the Court may properly reconsider its decision if, among other things, it "committed clear error or the initial decision was manifestly unjust." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 2003); FED. R. CIV. P. 59(e). Clear error occurs when "the reviewing court on the entire record is left with the definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948); *see also Smith v. Clark Cnty. Sch. Dist.*, 727 F. 3d 950 (9th Cir. 2013) ("It is common for both trial and appellate courts to reconsider and change positions when they conclude they made a mistake.").

Here, the SEC respectfully submits that the Opinion makes two clear errors of law. First, it requires the SEC to prove that an investment is a security based on the beliefs of some individual investors, rather than on the objective nature of the investment being offered to the public. However, the test for an investment contract under the Supreme Court's decision, *SEC v. W.J. Howey Co.,* 328 U.S. 293 (1946), is an "objective inquiry." Second, the Opinion holds that a preliminary injunction is unnecessary because Defendants vowed to cease their offering, without providing thirty days notice of their intent to resume. However, the Ninth Circuit in *SEC v. Murphy*, 626 F.2d 633, 655-56 (9th Cir. 1980), held that such a defense does not render an injunction unnecessary, since a defendant would always be able to avoid an injunction "if he merely states under oath that he will not commit violations in the future."

2

1  This Motion is based on this Notice of Motion and Motion, the concurrently
2  filed Memorandum of Points and Authorities, the accompanying Declaration of
3  Amy Jane Longo, all the pleadings, papers, records, and files in the above-
4  entitled action, and such oral argument as the Court may consider at the hearing
5  of this Motion.

7  Dated: December 17, 2018

/s/ *Amy Jane Longo*
Amy Jane Longo
David S. Brown
Brent W. Wilner
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
400 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 17, 2018, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR PARTIAL RECONIDERATION OF THE COURT'S NOVEMBER 27, 2018 ORDER DENYING PRELIMINARY INJUNCTION (Dkt. No. 41)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 17, 2018         */s/ Amy Jane Longo*
                                Amy Jane Longo

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*SEC v. Blockvest LLC, et al.*
**United States District Court – Southern District of California**
**Case No. 3:18-cv-02287-GPC-MSB**

## SERVICE LIST

Stanley C. Morris **(served by ECF only)**
Corrigan & Morris LLP
12300 Wilshire Blvd., Suite 210
Los Angeles, California 90025
*Attorneys for Defendants Reginald Buddy Ringgold, III and Blockvest LLC*