# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKVEST, LLC, and REGINALD BUDDY RINGGOLD, III aka RASOOL ABDUL RAHIM EL,<br><br>Defendants. | Case No.: 18-CV-2287-GPC (MSB)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS REGINALD B RINGGOLD AND BLOCKVEST LLC**<br><br>**Date: March 8, 2019**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 2D (2nd Floor - Schwartz), Suite 2190**<br>**221 West Broadway**<br>**San Diego, CA 92101**<br><br>**Judge:   Hon. Gonzalo P. Curiel**<br><br>Complaint Filed:<br>OCTOBER 3, 2018 |

1

This matter came before the Court on the Motion of Stanley C. Morris and Corrigan & Morris, LLP, Counsel of record for Defendants Reginald B. Ringgold, III and Blockvest LLC ("Defendants") for an order to withdraw as counsel, filed December 27, 2018.

The Court has considered the moving and any opposition documents submitted in connection with this motion. For the reasons and in the manner set forth below, the Court hereby **GRANTS** Stanley C. Morris' and Corrigan & Morris LLP's Motion to Withdraw as Counsel to the Defendants.

Counsel's Declaration represented that further legal services are precluded because there is a breach of the attorney-client engagement agreement and a complete breakdown in the attorney-client relationship. Declaration of Stanley C. Morris at ¶¶ 3, 7-9. Counsel's Declaration further represented that Counsel complied with Local Rules 83.3(f)(3) and 83.4 and California Rule of Professional Conduct 1.16.

Having reviewed and considered the matter, and for good cause shown, the Motion to Withdraw as Counsel for the Defendants is hereby **GRANTED**. This Order shall be effective immediately.

**IT IS SO ORDERED:**

DATE:  December    2018

_____
GONZALO P. CURIEL
UNITED STATES DISTRICT COURT