**CORRIGAN & MORRIS, LLP**
Brian T. Corrigan (Cal Bar No. 143188)
bcorrigan@cormorllp.com
Stanley C. Morris (Cal Bar No. 183620)
scm@cormorllp.com
12300 Wilshire Boulevard, Suite 210
Los Angeles, CA 90025
Telephone: (310) 394-2800
Facsimile: (310) 394-2825

*Attorneys for Defendants*
BLOCKVEST, LLC, and REGINALD BUDDY RINGGOLD, III

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKVEST, LLC, and REGINALD BUDDY RINGGOLD, III aka RASOOL ABDUL RAHIM EL,<br><br>Defendants. | Case No.: 18-CV-2287(GPC)(MSB)<br><br>***MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX-PARTE* APPLICATION FOR (1) AN ORDER SHORTENING TIME ON CORRIGAN & MORRIS LLP'S MOTION TO WITHDRAW AND (2) AN ORDER STAYING CASE AND TOLLING DEFENDANTS' OBLIGATIONS UNTIL MOTION TO WITHDRAW IS RESOLVED**<br><br>Complaint Filed: October 3, 2018<br><br>**Date:**<br>**Time:**<br>**Place: Courtroom 2 D**<br>**221 West Broadway**<br>**San Diego, CA 92101**<br><br>**Judge:  Hon. Gonzalo P. Curiel**<br><br>**Trial Date: NOT SET** |

## MEMORANDUM OF POINTS AND AUTHORITIES

In accordance with Local Rule 7.1.5, Defendants' counsel, Corrigan & Morris LLP ("C&M), hereby applies to this Court, ex-parte, to advance the hearing on its motion to withdraw and to stay the case and toll all of Defendants' deadlines and hearing obligations until after the motion to withdraw is resolved. Good cause exists for granting this application because the defendants have breached the financial and conduct obligations under the engagement agreement. C&M is unable to finance the defense or work effectively with the clients on their defense due to their conduct. A court "may grant a motion to shorten time where the moving party identifies 'the substantial harm or prejudice that would occur if the Court did not change the time.'" *Noble v. Kiewit Pac. Co.*, No. U.S. Dist. LEXIS 82243, at 2 (N.D. Cal. Feb. 13, 2008) (quoting N.D. Cal. L. Civ. R. 6-3(a)(3)). The urgency underlying C&M's motion to shorten time is based on the substantial harm C&M will suffer if is forced to continue to represent Defendants in the face of the abusive conduct and nonpayment until the March 8, 2019 hearing date. Morris Decl. ¶ 8. Under the Local Rules and California law Corrigan & Morris has met grounds to withdraw. *Citizens Dev. Corp. v. Cnty. of San Diego*, 2015 U.S. Dist. LEXIS 169001.

Between today and March 8, 2019, several matters would require the Defendants' and their counsel's work and participation:

    a. January 10, 2019, deadline for conference of counsel under FRCP 26(f), (Ct Dk 45);

    b. January 11, 2019, Defendants opposition to the Motion for Reconsideration is due per the Court's scheduling Order (Ct Dk 44);

    c. February 8, 2019, the hearing on the Plaintiff's motion for reconsideration is set to go forward (Ct Dk 44);

    d. February 11, 2019, the Early Neutral Evaluation Conference and Case Management Conference before the Magistrate Judge; and

CORRIGAN & MORRIS MEMORANDUM OF POINTS AND AUTHORITIES     *18 CV 2287-GPC (MSB)*

2

e. Unknown additional discovery demands and motions to be propounded by Plaintiff (Ct Dk 45).

C&M cannot afford to finance Defendants' case and should not be compelled to endure Defendants' conduct by remaining Defendants' counsel for each and all of these matters. Morris Decl. ¶ 14. C&M's motion to withdraw should be advanced and the case stayed pending resolution of such motion.

Dated: December 28, 2018

*/s/ Stanley C. Morris*
Corrigan & Morris LLP
Counsel for Blockvest, LLC, and
Defendants Reginald Ringgold