AMY J. LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email: browndav@sec.gov
BRENT W. WILNER (Cal. Bar No. 230093)
Email: wilnerb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Robert A. Cohen, Unit Chief (Cyber Unit)
Headquarters
100 "F" Street, N.E.
Washington, District of Columbia 20549

Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKVEST, LLC and REGINALD BUDDY RINGGOLD, III a/k/a RASOOL ABDUL RAHIM EL,<br><br>Defendants. | Case No. 3:18-cv-02287-GPC-BLM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF INTENT TO OPPOSE *EX PARTE* APPLICATION (Dkt. No. 48)**<br><br>Place: United States Courthouse<br>221 West Broadway<br>Courtroom 2D (Schwartz)<br>San Diego, CA 92101<br><br>Judge: Hon. Gonzalo P. Curiel |

1

As required by Honorable Gonzalo P. Curiel's Civil Chambers Rules, Plaintiff Securities and Exchange Commission (the "SEC") respectfully files this Notice of Intent to Oppose Defendants' *Ex Parte* Application for (1) An Order Shortening Time on Corrigan & Morris LLP's Motion to Withdraw and (2) An Order Staying Case and Tolling Defendants' Obligations Until Motion to Withdraw is Resolved. (Dkt. No. 48).

Counsel for Defendants Blockvest LLC and Reginald Buddy Ringgold, III a/k/a/ Rasool Abdul Rahim El filed their *ex parte* application at approximately 7:50 p.m. on December 28, 2018. *Id.* The application seeks to shorten time on defendants' counsel's pending motion to withdraw, currently set for March 8, 2019, and seeks to stay the entire action until the resolution of the motion to withdraw.

The SEC intends to file its response to Defendants' *ex parte* application on or before 5:00 p.m. on December 31, 2018.

Dated: December 28, 2018

                                       */s/ Amy Jane Longo*
                                       Amy Jane Longo
                                       David S. Brown
                                       Brent W. Wilner
                                       Attorneys for Plaintiff
                                       SECURITIES AND EXCHANGE COMMISSION

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
400 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 28, 2018, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF INTENT TO OPPOSE *EX PARTE* APPLICATION** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 28, 2018           */s/ Amy Jane Longo*
                                  Amy Jane Longo

1
2
3
*SEC v. Blockvest LLC, et al.*
**United States District Court – Southern District of California**
**Case No. 3:18-cv-02287-GPC-BLM**

**<u>SERVICE LIST</u>**

4
5
6
Stanley C. Morris **(served by ECF only)**
Corrigan & Morris LLP
12300 Wilshire Blvd., Suite 210
Los Angeles, California 90025
Attorneys for Defendants Reginald Buddy Ringgold, III and Blockvest LLC

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28