1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA
10
11 | SECURITIES AND EXCHANGE          Case No.:  18cv2287-GPC(MSB)
   COMMISSION,
12                                    **ORDER CONTINUING CASE**
                            Plaintiff, **MANAGEMENT CONFERENCE**
13
   v.
14
   BLOCKVEST, LLC, et al.,
15
                            Defendants.
16
17
18

19        On April 24, 2019, the Court issued an order setting a telephonic attorneys-only

20 Case Management Conference for August 2, 2019, at 10:00 a.m.  (ECF No. 72 at 2.)  On

21 July 18, 2019,  the Court issued an "Order Setting Telephonic Discovery Hearing and

22 Briefing Schedule"  (ECF No. 75.)  In the order, the Court set a telephonic Discovery

23 Hearing for August 19, 2019 at 4:00 p.m.  (Id.)  Accordingly, the Court **CONTINUES** the

24 Case Management Conference set for August 2, 2019, at 10:00 a.m., until **August 19,**

25 **2019**, to be held immediately after the telephonic Discovery Hearing scheduled for

26 **4:00 p.m.**

27 / / /

28 / / /

1    All other deadlines and requirements remain as previously set.

2    **IT IS SO ORDERED.**

3    Dated:  July 26, 2019

4    _____

5    Honorable Michael S. Berg
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28