UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>v.<br><br>BLOCKVEST, LLC, et al.,<br><br>                   Defendants. | Case No.: 18cv2287-GPC(MSB)<br><br>**ORDER:**<br><br>**(1) GRANTING IN PART PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE FINAL PRETRIAL CONFERENCE [ECF NO. 111] AND**<br><br>**(2) AMENDING SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On April 10, 2020, Plaintiff Securities and Exchange Commission filed an "Unopposed Ex Parte Application to Continue Final Pretrial Conference." (ECF No. 111.) In support, Plaintiff states that "preparation for the final pretrial conference, and the associated filings deadlines that precede it, will require work that [] would be difficult to perform under the current circumstances of the COVID-19 outbreak and associated mandatory stay-home orders." (Id. at 2.) Plaintiff further references its two pending dispositive motions [ECF Nos. 93, 96], and argues that continuing the Pretrial Conference "until after those motions are resolved would serve the interests of efficiency for the parties and the Court." (Id.) Plaintiff also contends that Defendant

does not oppose its request.  (Id.)  Plaintiff thus asks the Court to vacate the May 29, 2020 Final Pretrial Conference and set a new Pretrial Conference forty-five days after either the entry of an order on either of the SEC's pending motions, or of the lifting of the state and local stay-home orders, whichever is later.  (Id. at 4.)

Having considered Plaintiff's unopposed motion, and having consulted with the chambers of District Judge Curiel, the Court finds good cause and **GRANTS in part** the motion.  Accordingly, the Court **CONTNUES** the Final Pretrial Conference currently scheduled for **May 29, 2020**, until **July 31, 2020**, at **1:30 p.m.**  The Court therefore amends its Scheduling Order Regulating Discovery and Other Pre-trial Proceedings [ECF No. 68] as follows:

1.     Pursuant to Honorable Gonzalo P. Curiel's Civil Pretrial & Trial Procedures, the parties are excused from the requirement of Local Rule 16.1(f)(2)(a); no Memoranda of Law or Contentions of Fact are to be filed.

2.     Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **July 2, 2020**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

3.     Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **July 10, 2020**.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4.     Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **July 17, 2020**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's

attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

5. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **July 24, 2020**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

6. The final Pretrial Conference is scheduled on the calendar of the **Honorable Gonzalo P. Curiel** on **July 31, 2020**, at **1:30 p.m.** The Court will set a trial date during the pretrial conference. The Court will also schedule a motion in limine hearing date during the pretrial conference.

7. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

8. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

9. The dates and times set forth herein will not be modified except for good cause shown.

10. Briefs or memoranda in support of or in opposition to all motions noticed for the same motion day shall not exceed twenty-five (25) pages in length, per party, without leave of the judge who will hear the motion. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

**IT IS SO ORDERED.**

Dated: April 10, 2020

Honorable Michael S. Berg
United States Magistrate Judge

3